# NORTHSIDE HOSPITAL

1000 Johnson Ferry Road NE
Atlanta, GA 30342-1611

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/28/2025 |
| Period End Date | 01/10/2026 |
| Pay Date | 01/16/2026 |
| Document | 43855 |
| **Net Pay** | **$1,844.61** |

## Pay Details

**JASMINE AMELIA MADDOX**
193 FERN WALK
LAWRENCEVILLE, GA 30045
USA

| | |
|---|---|
| Employee Number | 269644 |
| SSN | XXX-XX-XXXX |
| Job | LICENSED PRACT NURSE I |
| Pay Rate | $26.20 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Location | GA-Northside Hospital |
| Entity | 30 - GWINNETT LAWRENCEVILLE |
| Division | GPC - Gwinnett Patient Care |
| Department | 306900 - 6900V EMERGENCY SVCS GMCL |
| Pay Rule | 2 - 0-40 Regular Employee |

## Earnings

| Pay Type | Week | Job | Department | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular | 1 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 25.250000 | $29.20 | $737.30 | |
| Regular | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 12.750000 | $29.20 | $372.30 | $3,212.00 |
| EDUCATION | 1 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 11.250000 | $29.20 | $328.50 | $328.50 |
| PTO | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 22.750000 | $29.20 | $664.30 | $664.30 |
| Wkday Eve Diff | 1 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 12.750000 | $2.50 | $31.88 | |
| Wkday Eve Diff | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 5.000000 | $2.50 | $12.50 | $88.14 |
| Wkend Day Diff | | | | 0.000000 | $0.00 | $0.00 | $62.00 |
| Wkend Eve Diff | | | | 0.000000 | $0.00 | $0.00 | $56.87 |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403B* | Yes | $42.05 | $84.10 | $21.02 | $42.04 |
| CHILD ADD | No | $0.13 | $0.26 | $0.00 | $0.00 |
| CRIT CARE EE | No | $2.86 | $5.72 | $0.00 | $0.00 |
| DENTAL | Yes | $7.03 | $14.06 | — | — |
| EMP SUPP ADD | No | $0.39 | $0.78 | $0.00 | $0.00 |
| EMPLOYEE SUPPLE | No | $4.11 | $8.22 | $0.00 | $0.00 |
| HOSP INDEMNITY | No | $4.25 | $8.50 | $0.00 | $0.00 |
| MEDICAL | Yes | $67.00 | $134.00 | — | — |
| SPOUSE ADD | No | $0.11 | $0.22 | $0.00 | $0.00 |
| STD BUY UP | Yes | $6.03 | $12.06 | $0.00 | $0.00 |
| SUPP CHILD LIFE | No | $0.35 | $0.70 | $0.00 | $0.00 |
| SUPPLEMENTAL SP | No | $2.08 | $4.16 | $0.00 | $0.00 |
| VISION | Yes | $8.31 | $16.62 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $29.85 | $61.41 |
| Social Security Employee Tax | $127.62 | $262.57 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.7822 | 18.2783 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0038 | Checking | $1,844.61 |
| Total | | $1,844.61 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,146.78 | $2,016.36 | $157.47 | $144.70 | $1,844.61 |
| YTD | $4,411.81 | $4,150.97 | $323.98 | $289.40 | $3,798.43 |

vsn 20220519

# NORTHSIDE HOSPITAL

Northside Hospital, Inc.
1000 Johnson Ferry Road NE
Atlanta, GA 30342-1611

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/14/2025 |
| Period End Date | 12/27/2025 |
| Pay Date | 01/02/2026 |
| Document | 56611579 |
| **Net Pay** | **$1,953.82** |

## Pay Details

**JASMINE AMELIA MADDOX**
193 FERN WALK
LAWRENCEVILLE, GA 30045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 269644 | Location | GA-Northside Hospital |
| SSN | XXX-XX-XXXX | Entity | 30 - GWINNETT LAWRENCEVILLE |
| Job | LICENSED PRACT NURSE I | Division | GPC - Gwinnett Patient Care |
| Pay Rate | $26.20 | Department | 306900 - 6900V EMERGENCY SVCS GMCL |
| Pay Frequency | Biweekly | Pay Rule | 2 - 0-40 Regular Employee |

## Earnings

| Pay Type | Week | Job | Department | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular | 1 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 35.750000 | $29.20 | $1,043.90 | |
| Regular | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 36.250000 | $29.20 | $1,058.50 | $2,102.40 |
| Wkday Eve Diff | 1 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 8.750000 | $2.50 | $21.88 | |
| Wkday Eve Diff | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 8.750000 | $2.50 | $21.88 | $43.76 |
| Wkend Day Diff | 1 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 7.750000 | $4.00 | $31.00 | |
| Wkend Day Diff | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 7.750000 | $4.00 | $31.00 | $62.00 |
| Wkend Eve Diff | 1 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 4.250000 | $6.50 | $27.62 | |
| Wkend Eve Diff | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 4.500000 | $6.50 | $29.25 | $56.87 |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403B* | Yes | $42.05 | $42.05 | $21.02 | $21.02 |
| CHILD ADD | No | $0.13 | $0.13 | $0.00 | $0.00 |
| CRIT CARE EE | No | $2.86 | $2.86 | $0.00 | $0.00 |
| DENTAL | Yes | $7.03 | $7.03 | — | — |
| EMP SUPP ADD | No | $0.39 | $0.39 | $0.00 | $0.00 |
| EMPLOYEE SUPPLE | No | $4.11 | $4.11 | $0.00 | $0.00 |
| HOSP INDEMNITY | No | $4.25 | $4.25 | $0.00 | $0.00 |
| MEDICAL | Yes | $67.00 | $67.00 | — | — |
| SPOUSE ADD | No | $0.11 | $0.11 | $0.00 | $0.00 |
| STD BUY UP | Yes | $6.03 | $6.03 | $0.00 | $0.00 |
| SUPP CHILD LIFE | No | $0.35 | $0.35 | $0.00 | $0.00 |
| SUPPLEMENTAL SP | No | $2.08 | $2.08 | $0.00 | $0.00 |
| VISION | Yes | $8.31 | $8.31 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $31.56 | $31.56 |
| Social Security Employee Tax | $134.95 | $134.95 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 6.9912 | 36.2462 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0038 | Checking | $1,953.82 |
| Total | | $1,953.82 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,265.03 | $2,134.61 | $166.51 | $144.70 | **$1,953.82** |
| YTD | $2,265.03 | $2,134.61 | $166.51 | $144.70 | $1,953.82 |

vsn 20220519

# NORTHSIDE HOSPITAL

Northside Hospital, Inc.
1000 Johnson Ferry Road NE
Atlanta, GA 30342-1611

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/30/2025 |
| Period End Date | 12/13/2025 |
| Pay Date | 12/19/2025 |
| Document | 56582953 |
| **Net Pay** | **$1,934.57** |

## Pay Details

**JASMINE AMELIA MADDOX**
193 FERN WALK
LAWRENCEVILLE, GA 30045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 269644 | Location | GA-Northside Hospital |
| SSN | XXX-XX-XXXX | Entity | 30 - GWINNETT LAWRENCEVILLE |
| Job | LICENSED PRACT NURSE I | Division | GPC - Gwinnett Patient Care |
| Pay Rate | $26.20 | Department | 306900 - 6900V EMERGENCY SVCS GMCL |
| Pay Frequency | Biweekly | Pay Rule | 2 - 0-40 Regular Employee |

## Earnings

| Pay Type | Week | Job | Department | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular | 1 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 35.500000 | $29.20 | $1,036.60 | |
| Regular | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 24.000000 | $29.20 | $700.80 | $15,417.60 |
| Overtime | | | | 0.000000 | $0.00 | $0.00 | $248.20 |
| OT Premium | | | | 0.000000 | $0.00 | $0.00 | $133.23 |
| EDUCATION | | | | 0.000000 | $0.00 | $0.00 | $693.50 |
| Hol half time | | | | 0.000000 | $0.00 | $0.00 | $175.20 |
| Holiday Pay | | | | 0.000000 | $0.00 | $0.00 | $350.40 |
| Orientation | | | | 0.000000 | $0.00 | $0.00 | $357.70 |
| PTO | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 12.000000 | $29.20 | $350.40 | $452.60 |
| PTO Holiday | | | | 0.000000 | $0.00 | $0.00 | $350.40 |
| W/D Eve Hol Dif | | | | 0.000000 | $0.00 | $0.00 | $15.94 |
| Wkday Eve Diff | 1 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 8.500000 | $2.50 | $21.25 | |
| Wkday Eve Diff | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 4.250000 | $2.50 | $10.62 | $411.25 |
| Wkend Day Diff | 1 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 7.000000 | $4.00 | $28.00 | |
| Wkend Day Diff | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 7.750000 | $4.00 | $31.00 | $336.00 |
| Wkend Eve Diff | 1 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 4.750000 | $6.50 | $30.88 | |
| Wkend Eve Diff | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 4.250000 | $6.50 | $27.62 | $336.34 |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403B* | Yes | $41.76 | $288.64 | $20.88 | $144.32 |
| DENTAL | Yes | $8.36 | $50.16 | — | — |
| EMPLOYEE SUPPLE | No | $4.11 | $24.66 | $0.00 | $0.00 |
| HOSP INDEMNITY | No | $4.25 | $25.50 | $0.00 | $0.00 |
| MEDICAL | Yes | $65.00 | $390.00 | — | — |
| STD BUY UP | Yes | $6.03 | $36.18 | $0.00 | $0.00 |
| SUPP CHILD LIFE | No | $0.35 | $2.10 | $0.00 | $0.00 |
| VISION | Yes | $8.31 | $49.86 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $250.58 |
| Employee Medicare | $31.17 | $271.91 |
| Social Security Employee Tax | $133.26 | $1,162.63 |
| GA State Income Tax | $0.00 | $128.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 5.7775 | 29.2550 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0038 | Checking | $1,934.57 |
| Total | | $1,934.57 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,237.17 | $2,107.71 | $164.43 | $138.17 | **$1,934.57** |
| YTD | $19,278.36 | $18,463.52 | $1,813.12 | $867.10 | $16,598.14 |

van 20220519

# NORTHSIDE HOSPITAL

Northside Hospital, Inc.
1000 Johnson Ferry Road NE
Atlanta, GA 30342-1611

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/16/2025 |
| Period End Date | 11/29/2025 |
| Pay Date | 12/05/2025 |
| Document | 56554648 |
| **Net Pay** | **$2,371.07** |

## Pay Details

**JASMINE AMELIA MADDOX**
193 FERN WALK
LAWRENCEVILLE, GA 30045
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 269644 | Location | GA-Northside Hospital |
| SSN | XXX-XX-XXXX | Entity | 30 - GWINNETT LAWRENCEVILLE |
| Job | LICENSED PRACT NURSE I | Division | GPC - Gwinnett Patient Care |
| Pay Rate | $26.20 | Department | 306900 - 6900V EMERGENCY SVCS GMCL |
| Pay Frequency | Biweekly | Pay Rule | 2 - 0-40 Regular Employee |

## Earnings

| Pay Type | Week | Job | Department | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular | 1 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 35.250000 | $29.20 | $1,029.30 | |
| Regular | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 23.750000 | $29.20 | $693.50 | $13,680.20 |
| Overtime | | | | 0.000000 | $0.00 | $0.00 | $248.20 |
| OT Premium | | | | 0.000000 | $0.00 | $0.00 | $133.23 |
| EDUCATION | | | | 0.000000 | $0.00 | $0.00 | $693.50 |
| Hol half time | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 12.000000 | $14.60 | $175.20 | $175.20 |
| Holiday Pay | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 12.000000 | $29.20 | $350.40 | $350.40 |
| Orientation | | | | 0.000000 | $0.00 | $0.00 | $357.70 |
| PTO | | | | 0.000000 | $0.00 | $0.00 | $102.20 |
| PTO Holiday | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 12.000000 | $29.20 | $350.40 | $350.40 |
| W/D Eve Hol Dif | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 4.250000 | $3.75 | $15.94 | $15.94 |
| Wkday Eve Diff | 1 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 13.000000 | $2.50 | $32.50 | |
| Wkday Eve Diff | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 4.250000 | $2.50 | $10.62 | $379.38 |
| Wkend Day Diff | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 7.500000 | $4.00 | $30.00 | $277.00 |
| Wkend Eve Diff | 2 | LICENSED PRACT NURSE I | 6900V EMERGENCY SVCS GMCL | 4.500000 | $6.50 | $29.25 | $277.84 |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403B* | Yes | $48.47 | $246.88 | $24.24 | $123.44 |
| DENTAL | Yes | $8.36 | $41.80 | — | — |
| EMPLOYEE SUPPLE | No | $4.11 | $20.55 | $0.00 | $0.00 |
| HOSP INDEMNITY | No | $4.25 | $21.25 | $0.00 | $0.00 |
| MEDICAL | Yes | $65.00 | $325.00 | — | — |
| STD BUY UP | Yes | $6.03 | $30.15 | $0.00 | $0.00 |
| SUPP CHILD LIFE | No | $0.35 | $1.75 | $0.00 | $0.00 |
| VISION | Yes | $8.31 | $41.55 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $250.58 |
| Employee Medicare | $38.13 | $240.74 |
| Social Security Employee Tax | $163.03 | $1,029.37 |
| GA State Income Tax | $0.00 | $128.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 6.8941 | 35.4775 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0038 | Checking | $2,371.07 |
| Total | | $2,371.07 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,717.11 | $2,580.94 | $201.16 | $144.88 | **$2,371.07** |
| YTD | $17,041.19 | $16,355.81 | $1,648.69 | $728.93 | $14,663.57 |

vsn 20220519