**IT IS ORDERED as set forth below:**



**Date: February 10, 2026**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Jasmine Amelia Maddox<br><br>**Debtor(s)**. | CASE NO. 25-65000-sms<br>CHAPTER 7 |
| Progress Residential Borrower 11, LLC<br><br>**Movant**<br><br>v.<br><br>Jasmine Amelia Maddox, Debtor(s);<br>and Neil C. Gordon, Trustee<br><br>**Respondents**. | Judge Sage M. Sigler<br><br>CONTESTED MATTER |

### ORDER DENYING MOTION FOR RELIEF FROM STAY WITH STRICT COMPLIANCE

This matter came before the Court on Movant's Motion for Relief from Stay [Doc. No. 11], as filed on January 9, 2026. A hearing was scheduled on Movant's Motion on January 28, 2026. Prior to said hearing, Movant and Debtor resolved the Motion by evidencing their consent to terms contained herein, as further announced to the Court.

1

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated January 10 2025, at a rate of $2070.00 per month, plus utilities and other amounts accruing thereunder (hereinafter, the "Lease"). The Lease is executed by Jasmine Amelia Maddox, relative to certain property known as 193 Fern Walk, Lawrenceville, GA 30045, (hereinafter, the "Property"). A true and correct copy of the Lease was attached to the Motion and incorporated herein by reference.

The Debtor failed to timely remit rent under the terms of the Lease for non-payment of rent and utilities post-petition, including post-petition default for failure to pay rent for January 2026; as a result, Movant sought relief from the automatic stay.

Debtor desires to remain in possession of the Property, to reaffirm the Lease for the Property, and to otherwise abide by the terms and obligations of the Lease. Therefore, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Motion for Relief from Stay with respect to the Property as to the Debtor is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

**IT IS FURTHER ORDERED** that the total post-petition arrearage through January 2026, representing rent, utilities, and late fees accruing under the terms of the Lease, shall be paid as follows to Movant: $2,600.00 by January 31, 2026; $4,852.68 by February 13, 2026.

**IT IS FURTHER ORDERED** that all payments tendered by Debtor to Movant shall be made in certified funds. Payments must be received at Movant's mailing address, located at 7500 N. Dobson Road, Ste 300, Scottsdale AZ 85256 or to such address or payment method as may be hereafter designated by Movant. Failure to tender the above-described payments due by the dates specified shall entitle Movant to an order lifting

the stay under §§362(a),(d) to allow it to pursue its state law remedies as to Debtor and the Property upon a sworn affidavit of Movant's counsel without further notice or hearing.

**IT IS FURTHER ORDERED** that Debtor will resume strict compliance with the Lease, including as to the monthly rental payments and utilities due for February 2026, with all sums due under the Lease for the Property for said month due by February 23, 2026. Should Debtor default on said regular rental payments which come due according to the Lease through dismissal or discharge of the Bankruptcy Petition, then upon notice of default sent by first class mail to Debtor to the address(es) that appear on the attached distribution list, and to Debtor's attorney to the designated email address as maintained with the CM/ECF system and failure to cure such default within five (5) days from the date of said notice by sending payment to such address that Movant directs in its Notice of Default, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay under §§362(a),(d) without further notice or hearing.

[**END OF DOCUMENT**]

| | |
|---|---|
| /s/ Matthew F. Totten | /s/ Joseph W. Byrum (w exp. perm.) |
| Matthew F. Totten | Joseph W. Byrum |
| GA Bar No. 798589 | GA Bar # 627540 |
| THE TOTTEN FIRM, LLC | Clark & Washington, LLC |
| 5579 Chamblee-Dunwoody Rd, | Bldg. 3 |
| Ste B-136 | 3300 Northeast Expwy. |
| Atlanta, GA 30338 | Atlanta, GA 30341 |
| *Attorney for Movant* | *Attorneys for Debtor* |

Distribution List:

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd,
Ste B-136
Atlanta, GA 30338
*Counsel for Movant*

Neil C. Gordon
Taylor Duma LLP
Suite 200
1600 Parkwood Circle SE
Atlanta, GA 30339
*Trustee*

Jasmine Amelia Maddox, Debtor
193 Fern Walk
Lawrenceville GA 30045