**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**

In
Re:   Debtor(s)

**Jasmine Amelia Maddox**

Case No.: **25–65000–sms**

Chapter:  **7**

## NOTICE TO DEBTOR THAT COURSE ON FINANCIAL MANAGEMENT IS REQUIRED TO RECEIVE DISCHARGE

Individual Debtors must take an approved course about personal financial management if they filed for bankruptcy under chapter 7 or 13 (11 U.S.C. §§ 727(a)(11) and 1328(g)); or if they filed under chapter 11 and §1141(d)(3) applies. In a joint case, each Debtor must take the course.

After completion of the course, unless an approved provider has notified the court, the Debtor must file with the Court the certificate of course completion issued by the provider, also known as the Certificate of Debtor Education (the "Certificate") before the discharge can be entered.

The filing of the Certificate is a **separate requirement** from the pre–filing credit counseling course certificate.

Time to File: Unless the court extends the time to file, Chapter 7 Debtor(s) must file the Certificate within 60 days after the first date set for the meeting of creditors. Chapter 11 and 13 Debtor(s) must file the Certificate no later than the date the last payment is made as required by the plan or the date a motion for entry of discharge is filed.

**Failure to file the Certificate timely may result in the case being closed without Debtor(s) receiving a discharge.**

If the case is closed without discharge and Debtor(s) subsequently files a motion to reopen the case to file the required Certificate, Debtor(s) must pay the appropriate filing fee to reopen the case.

Dated:  March 17, 2026

**\*\* Mailing Address**
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Form 417 (revised 12/01/2024)

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                                    Case No. 25-65000-sms

Jasmine Amelia Maddox                                                                      Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 17, 2026 | Form ID: 417 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Jasmine Amelia Maddox, 193 Fern Walk, Lawrenceville, GA 30045-8001

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| E. L. Clark | |
| | on behalf of Debtor Jasmine Amelia Maddox cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com |
| Matthew Franklin Totten | |
| | on behalf of Creditor Progress Residential Borrower 11  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Neil C. Gordon | |
| | on behalf of Trustee Neil C. Gordon aford@taylorduma.com  ecf.alert+Gordon@titlexi.com;pbicknell@taylorduma.com |
| Neil C. Gordon | |
| | aford@taylorduma.com  ecf.alert+Gordon@titlexi.com;pbicknell@taylorduma.com |
| Office of the United States Trustee | |
| | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 5