Certificate Number: 16339-GAN-DE-040750795

Bankruptcy Case Number: 25-65000



16339-GAN-DE-040750795

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 18, 2026, at 5:32 o'clock PM EDT, Jasmine Maddox completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   March 18, 2026                By:   /s/Kris Krumal

                                      Name:  Kris Krumal

                                      Title:  Certified Financial Counselor